NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROCHELLE GOOCH,                    )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D18-3754
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____    )

Opinion filed September 13, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa; and
Allison C. Heim, Assistant Attorney
General, Tampa (substituted as counsel
of record), for Appellee.

PER CURIAM.

                Affirmed.

CASANUEVA, KELLY, and LaROSE, JJ., Concur.